IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GAJANAN M. ALTIDOR,
    Plaintiff,

vs.

COMMONWEALTH(S); CHARLES A. ROZZO *Housing Authority Officer Badge #27909*; OFFICER HORNYAK,
    Defendants.

Civil Action No. 14-356
Judge Mark R. Hornak
Chief Magistrate Judge Maureen P. Kelly

## **ORDER**

AND NOW, this 8th day of August, 2016, after defendants Officer Hornyak and Charles A. Rozzo filed a Motion for Summary Judgment, and after plaintiff Gajanan M. Altidor filed a response to the Order to Show Cause in the above-captioned matter, and after defendants Officer Hornyak and Charles A. Rozzo filed a Motion to Strike said response, and after a Report and Recommendation was filed by Chief United States Magistrate Judge Maureen P. Kelly giving the parties until July 18, 2016 to file written objections thereto, and no Objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment is GRANTED and the Motion to Strike is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

_____
United States District Judge

cc:     Honorable Maureen P. Kelly
       Chief United States Magistrate Judge
       All Counsel of Record Via CM-ECF